**George MARTIN, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

Circuit Court of Appeals, Tenth Circuit.
June 6, 1929.

No. 18.

George Martin, pro se.

Frank Lee, Asst. U. S. Atty., of Muskogee, Okl.

Before COTTERAL, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM. The order of the District Court, overruling the motion of the plaintiff in error for a consideration of his special plea of limitations to the indictment, and for a vacation of the judgment in this cause, is affirmed, on the authority of Martin v. Biddle (C. C. A.) 16 F.(2d) 118, and U. S. v. Mayer, 235 U. S. 55, 35 S. Ct. 16, 59 L. Ed. 129.

Affirmed.

**George E. MOSSER, Bankrupt, Appellant, v. JORDAN STATE BANK OF ALLENTOWN, PA., and Second National Bank of Allentown, Pa., Appellees.**

Circuit Court of Appeals, Third Circuit.
June 20, 1929.

No. 3978.

Edward W. Willard, of Philadelphia, Pa., and Geo. E. Mosser, for appellant.

Harvey H. Steckel, of Allentown, Pa., for appellees.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

BUFFINGTON, Circuit Judge. The exceptions to the application of the bankrupt for discharge were in due course referred to a special master. He took testimony, decided the pertinent question of fact against the bankrupt, and made a report to the court that the application for discharge be denied. The court, following the finding of the master, confirmed his report, and thereafter refused to set aside such confirmation. On appeal we have heard the bankrupt personally and his counsel. After due consideration, we find ourselves in accord with the finding of the master and the order entered by the court below denying discharge.

Such order we therefore affirm.